| | |
|---|---|
| Alan Harris (SBN 146079)<br>Abigail Treanor (SBN 228610)<br>HARRIS & RUBLE<br>6424 Santa Monica Boulevard<br>Los Angeles, CA 90038<br>Tel: 323.962.3777<br>Fax: 323.962.3004<br>aharris@harrisandruble.com<br>atreanor@harrisandruble.com | |
| Attorneys for Plaintiff Edmond W. Valenzuela | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND W. VALENZUELA, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>JOHN DAVID HICKS, individually, and DAVID PERTICONE, individually, and DOE ONE through and including DOE TWENTY,<br><br>   Defendants. | Case No: CV 11-2248 JAK (PLAx)<br><br>**ORDER DISMISSING ALL CLAIMS FOR RELIEF AGAINST DEFENDANT JOHN DAVID HICKSWITHOUT PREJUDICE**<br><br>*FRCP 41(a)(2)*<br><br>Assigned to the John A. Kronstadt, Courtroom 750<br><br>Date: January 9, 2012<br>Time: 1:30 p.m.<br>Place: 255 E. Temple Street, Los Angeles, California 90012, Courtroom 750 |

    Having reviewed Plaintiff's Status Report Regarding Bankruptcy of John David Hicks and Request for Dismissal of John David Hicks Without Prejudice Pursuant to F.R.C.P. 41(a)(2) filed January 3, 2012, and for GOOD CAUSE SHOWN, the Court hereby orders:

    Plaintiff's request for dismissal is granted. Defendant John David Hicks is hereby dismissed from all claims for relief in the Complaint without prejudice.

    IT IS SO ORDERED.

DATED: January 4, 2012

_____
UNITED STATES DISTRICT COURT